# EXHIBIT 1

# AFFIDAVIT OF CARIE FULLER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00291-WYD-MJW

CARIE FULLER and
STEPHEN FULLER,

    Plaintiffs,

v.

NEIL MICKELSON,

    Defendant.

## AFFIDAVIT OF CARIE FULLER

STATE OF COLORADO    )
    ) ss.
CITY AND COUNTY OF DENVER    )

    I, CARIE FULLER, being of lawful age and being first duly sworn upon my oath, affirm and state as follows:

1. I am one of the named Plaintiffs in this case.

2. I have personal knowledge of the facts stated in this Affidavit.

3. I am an employee of Landmark Lincoln Mercury, a new and used car dealership located in Englewood, Colorado, and was an employee at all times relevant to this dispute.

4. The Defendant, Neil Mickelson, was my direct supervisor at Landmark Lincoln Mercury, and I reported directly to Mr. Mickelson at all times relevant to this dispute.

5. As part of my duties as an employee of Landmark Lincoln Mercury, I was charged with the responsibility of completing monthly financial statements for the dealership.

*Exhibit 1 – Page 1*

6. Defendant Neil Mickelson directed me to make incorrect entries on financial statements that tended to overstate the value of the Landmark Lincoln Mercury. I objected to Mr. Mickelson's directions, but followed his instructions because I feared I would lose my job if I did not do as directed by Mr. Mickelson.

7. Landmark Lincoln Mercury was being audited in February and March of 2006. When a discrepancy in the audit entries was discovered by an auditor, Mr. Mickelson told that auditor that I had stolen a large sum of money from the dealership.

8. Mr. Mickelson's defamation caused me to suffer substantial injury to my reputation with my current employer, and in the new and used car sales industry in general. Further, Mr. Mickelson's actions caused my current employer, Tom Daniels, to suspect me of theft for a time.

9. Furthermore, during Mr. Mickelson's time as my supervisor and manager, he subjected me to daily unwarranted and uninvited sexual harassment. For instance, he would frequently invite me to his home to have sexual relations, would make inappropriate comments and invitations to me on a daily basis, and touched me in an inappropriate manner on several occasions.

10. Mr. Mickelson's sexual harassment and false accusations about me have also caused me to suffer severe emotional distress. I have a strained relationship with my husband now. I have difficulty sleeping. I have suffered severe and uncontrollable bouts of crying. I have also been forced to seek medical attention due to the emotional distress Mr. Mickelson caused.

*Exhibit 1 – Page 2*

Further Affiant saith naught.

_____
CARIE FULLER

The foregoing was duly acknowledged, subscribed and sworn to before me this 20th day of April, 2007, by Carie Fuller.

Witness my hand and official seal.

My commission expires 9/19/07        .

(Seal) 

_Sharon E. Kenton_
Notary Public

Exhibit 1 – Page 3