IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00291-WYD-MJW

CARIE FULLER et al.,

Plaintiff(s),

v.

NEIL MICKELSON,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiffs' Motion to Reconsider the Magistrate's Recommendations on Plaintiffs' Motion to Amend Complaint to Add Punitive Damages Claim Against Defendant Neil Mickelson (docket no. 19) is DENIED for those reasons as outlined in the Defendant's response (docket no. 22) and for those reasons as outlined in Magistrate Judge Watanabe's written Recommendation on Plaintiffs' Motion to Amend Complaint to Add Punitive Damages Claim Against Defendant Neil Mickelson (docket no. 18).

Date:  June 14, 2007