IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00291-WYD-MJW

CARIE FULLER et al.,

Plaintiff(s),

v.

NEIL MICKELSON,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion for Protective Order (docket no. 25) is GRANTED. The written Protective Order is APPROVED as amended in paragraphs 8 and 10 and made an Order of Court.

Date: July 9, 2007