IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00291-WYD-MJW

CARIE FULLER and
STEPHEN FULLER,

    Plaintiffs,

v.

NEIL MICKELSON,

    Defendant.

**PROTECTIVE ORDER**

THIS MATTER comes before the Court on the Plaintiffs' Motion for Protective Order filed by the Plaintiffs. The Court, having reviewed that Motion, DOES HEREBY ORDER that:

1. The term "confidential document" as used in this Order shall mean all documents and all confidential information contained therein that are designated as "confidential" by any party or third party producing or releasing documents in this case. Only documents containing confidential or proprietary information may be designated "confidential." Such documents shall be designated by stamping the word "confidential" on each page. Confidential documents shall be designated in good faith as "confidential" by an attorney or paralegal.

2. Confidential documents and the information they contain shall not be used nor disclosed for any purpose other than the prosecution, defense, appeal or settlement of the dispute forming the basis of this adversarial action and may be shown or disclosed for such purpose only to persons and only in the manner provided for in this Order unless otherwise provided by further

order of this Court or further stipulation of the parties. Notwithstanding anything to the contrary (and whether or not such documents are designated confidential), a party or third party may make any use whatsoever of its own documents which it has designated confidential without regard to the restrictions on use of confidential documents contained in this Order.

    3.    Documents designated "confidential" shall only be shown to the attorneys and their staff, the parties or their representatives, parties' experts, actual or proposed witnesses, deponents, the Court and court personnel necessary to review the documents for the prosecution, defense, appeal or settlement of the dispute forming the basis of this adversarial action. Furthermore, any expert designated by either party, actual or proposed witness, non-party deponent, or any other person who is not a named party, an attorney for a named party, staff for an attorney for a named party, or the Court and court personnel necessary to review the documents for the prosecution, defense, appeal or settlement of the dispute forming the basis of this adversarial action, must agree in writing (in the form attached hereto as **Exhibit A**) to be bound by the terms of this Order prior to reviewing a document marked confidential.

    4.    If a party believes that a document designated or sought to be designated as confidential does not warrant such designation, it shall make an objection in writing to the designation and send such objections to the party making the designation. The parties shall them attempt to confer in good-faith effort to resolve their dispute. If no such written objections are made by the non-designating party, the non-designating party shall be deemed to have agreed to the designation.

    5.    If the objection is not resolved, then the party designating a document as confidential shall file and serve a motion with the Court to resolve the dispute over the

designation of the material and shall bear the burden of proof on the issue. If no such motion is filed, the material will cease to be subject to the protection of this Order. If a motion is filed, information subject to the dispute shall, until further order of the Court, be treated as confidential as consistent with this Order.

6. Third parties who are not parties to this case, but who have released materials that they marked confidential shall have standing to argue in this case and before this Court that their materials should remain designated as confidential should that designation be challenged.

7. At the time of a deposition or within 30 days after receipt of a deposition transcript, a party may designate as confidential specific portions of the transcript which contain confidential matters under the standards set forth in paragraph 1 above. This designation shall be in writing and served on all counsel. All deposition transcripts shall be treated as confidential for this 30 day period. Any portions of an transcript designated confidential shall thereafter be treated as confidential in accordance with this Order. [handwritten: shall be consistent with D.C.Colo.LCivR 7.2 and 7.3]

8. In filing materials with the Court in pretrial proceedings, counsel shall file under seal only those specific documents and that deposition testimony designated as confidential, and only those specific portions of the briefs, applications, and other filings which contain verbatim confidential data or which otherwise contain the substance of such confidential information. [handwritten initials: MJW 7-9-07]

9. If another court or an administrative agency subpoenas or orders production of confidential documents that a party has obtained under the terms of this Order, such party shall promptly notify in writing the opposing party or other person who designated the document as confidential of the pendency of such subpoena or order.

3

10. ~~Any orders or portions of any orders issued by this Court which refer to confidential material shall be issued under seal and shall not be divulged to the public.~~

10. 11. On or before the expiration of thirty (30) days from the settlement of this case or the entry of a final judgment in this adversarial action, from which no further appeal has been or may be taken, the confidential documents, including all copies and extracts thereof shall be returned to the producing party.

Dated: July 9th, 2007.

BY THE COURT:

_____
~~Judge of the District Court~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00291-WYD-MJW

CARIE FULLER and
STEPHEN FULLER,

    Plaintiffs,

v.

NEIL MICKELSON,

    Defendant.

**EXHIBIT A TO THE PROTECTIVE ORDER**

    The undersigned hereby acknowledges that he/she has been provided with a copy of the Protective Order entered in this action by the United States District Court for the District of Colorado, on _____, 2007, and understands the terms thereof, and agrees to be bound by such terms and to keep confidential information confidential.

    The undersigned agrees to be subject to and hereby submits to the jurisdiction of the United States District Court for the District of Colorado for the purpose of any proceeding to enforce the provisions of the Protective Order.

Dated this ____ day of _____, 20__

                    Signature: _____