IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00291-WYD-MJW

CARIE FULLER and
STEPHEN FULLER,

    Plaintiffs,

v.

NEIL MICKELSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion to Stay Proceedings (filed December 7, 2007) is **GRANTED**. This case is stayed until **Thursday, January 3, 2008**, to enable the parties to finalize their settlement agreement.

    Dated: December 10, 2007