IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00291-WYD-MJW

CARIE FULLER and
STEPHEN FULLER,

      Plaintiffs,

v.

NEIL MICKELSON,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed December 13, 2007).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

      ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own attorneys' fees and costs.

      Dated:  December 17, 2007

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge